# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RITA M. DEVITO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 05-71-P-S |
| | ) |
| MAINE CORRECTIONAL CENTER, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket # 9) filed June 17, 2005 the Recommended Decision is accepted.

Accordingly, it is ORDERED that the State's Motion to Dismiss is GRANTED and Petitioner's request for relief under § 2254 is hereby DENIED.

    /s/ George Z. Singal  
Chief United States District Judge

Dated this 11th day of July, 2005.